UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ALEXANDER LOBO-PORTILLO,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, *et al.*,<br><br>Respondents. | No. 5:26-cv-02105-SSS-AYP<br><br>**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

On April 24, 2026, Petitioner Walter Alexander Lobo-Portillo filed a Petition for Writ of Habeas Corpus ("Petition") and an Ex Parte Motion for Temporary Restraining Order ("TRO"). [Dkts. No. 1, 2]. On May 8, 2026, the Court issued an Order Granting the Application for a TRO. [Dkt. No. 14]. On May 11, 2026, Respondents filed a status report certifying that Petitioner was released from custody on May 9, 2026. [Dkt. No. 16]. On May 19, 2026, the Court issued an order directing the parties to file a joint status report as to whether the parties would like the Court to set a briefing schedule for any remaining issues to be decided in the case or if the parties intend to submit a Joint

1

Stipulation Entering Judgment.  [Dkt. No. 17].  Counsels for Petitioner and Respondents filed a joint status report proposing that the Petition be granted and that judgment be entered by the Court accordingly, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the Court's May 8, 2026 Order. [Dkt. No. 18; *see* Dkt. No. 14].

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, [Dkt. No. 18], and for the reasons stated in the Court's Order Granting Ex Parte Application for a Temporary Restraining Order, [Dkt. No. 14], the Petition is **GRANTED**.  Judgment is to be entered consistent with this Order.

**IT IS SO ORDERED.**

Dated: June 24, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2