JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ALEXANDER LOBO-PORTILLO,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-02105-SSS-AYP<br><br>JUDGMENT |

For the reasons stated in the Court's Order Granting Ex Parte Application for a Temporary Restraining Order, [Dkt. No. 14], **IT IS ADJUDGED** that the petition for writ of habeas corpus is **GRANTED**.

Dated: June 24, 2026



_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE